AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Carlos Humberto Vega-Rodriguez

## CRIMINAL COMPLAINT

Case Number: M-19- 908 -M

IAE  YOB: 1974
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 20, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Carlos Humberto Vega-Rodriguez was encountered by Border Patrol Agents near Cuevitas, Texas on April 20, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 20, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 4, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 18, 2007, the defendant was convicted of Robbery and sentenced to twelve (12) years confinement.

Approved AUSA L. Garcia

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

April 22, 2019 ~ 4:43 p.m.

Signature of Complainant
Julio C. Pena  Senior Patrol Agent

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer